UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOLORES TOMPKINS<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, SECRETARY XAVIER BECERRA,<br><br>and<br><br>U.S. DEPARTMENT OF THE TREASURY, SECRETARY JANET YELLEN. | Case No.: 1:23-cv-00201-JMS-TAB |

**ORDER ON
NOTICE OF DISMISSAL**

Comes now plaintiff, pursuant to Rule 41 of the Federal Rules of Civil Procedure, having filed her Notice of Dismissal, which requests this Court grant a dismissal of this action, as the Defendant has agreed to fully comply with the Plaintiff's request for refund of the Plaintiff's proceeds wrongfully taken from her pension funds.

**AND THE COURT,** having examined said Notice and being duly advised in the premises, finds that thee same is well taken and grants [13] the same accordingly;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed.

SO ORDERED.

Date: 5/11/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

2

Distribution:

Nathaniel Lee, Esq.
**LEE COSSELL & FEAGLEY, LLP**
531 East Market Street
Indianapolis, Indiana 46204
(317) 631-5151  Telephone
(317) 682-6477  Facsimile
nlee@nleelaw.com

Gina M. Shields
**Assistant United States Attorney**
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Gina.Shields@usdoj.gov